IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **Big Potato Enterprises Limited,**  *Plaintiff,*  v.  **A Li Beauty, *et al.*,**  *Defendants.* | Civil Action No.: 1:25-cv-04690-VMC |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Big Potato Enterprises Limited, by and through undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses this action against the following Defendant without prejudice, with each party to bear its own attorneys' fees and costs:

1. ASZDVGXFB;
2. BrassThistle;
3. CP Alex;
4. Crownix;
5. CYCCYH;
6. dzxgbz;
7. Harvey Picks;
8. HLLXD;
9. KDyMa;

10. LPJXD;

11. Luxzens;

12. NivalisCo;

13. RTrSHOP;

14. stxd;

15. TTYYGHGHT;

16. uU GOODS;

17. WUQIANYUN;

18. Yaing;

19. YCGXD;

20. Zealars; and

21. ZXWXD.

Dated: September 21, 2025.

Respectfully submitted,
THE SLADKUS LAW GROUP

*s/ Carrie A. Hanlon*
Carrie A. Hanlon
Ga. Bar No. 289725
E-mail: carrie@sladlaw.com
Jason H. Cooper
Ga. Bar No. 778884
E-mail: jason@sladlaw.com

1397 Carroll Drive
Atlanta, Georgia 30318
Telephone: (404) 252-0900
Facsimile: (404) 252-0970

***Attorneys for Plaintiff***

3